CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES  ☐ MAGISTRATE  X DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: USA V.S. TAVON ROBINSON

FOR: 
AT: 

LOCATION NUMBER: 

PERSON REPRESENTED (Show your full name): 

1. X Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
- Magistrate
- 04-817-MBB
- District Court
- Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →):  x Felony  ☐ Misdemeanor
21 USC 846

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☐ Yes  X No  ☐ Am Self-Employed
- Name and address of employer: 
- IF YES, how much do you earn per month? $ 
- IF NO, give month and year of last employment: NA - Student
- How much did you earn per month? $ 
- If married is your Spouse employed? ☐ Yes  X No
- IF YES, how much does your Spouse earn per month? $ 
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ 

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  X No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ 

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☐ No  IF YES, state total amount $ 170.00

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  X No
- IF YES, GIVE THE VALUE AND DESCRIBE IT

**DEPENDENTS**
- MARITAL STATUS: ✓ SINGLE, ___ MARRIED, ___ WIDOWED, ___ SEPARATED OR DIVORCED
- Total No. of Dependents: 3
- List persons you actually support and your relationship to them: when able - 3 children

**OBLIGATIONS & DEBTS**
- DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
- APARTMENT OR HOME: Ø

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 04/13/04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶